# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| JAMAL JACKSON,<br><br>     Plaintiff,<br><br>v.<br><br>DAMCO DISTRIBUTION SERVICES, INC. d/b/a HUDD Transportation; RAYONIER ADVANCED MATERIALS INC.; and ACE AMERICAN INSURANCE COMPANY,<br><br>     Defendants. | CV 222-135 |

### ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 33, wherein they notify the Court that they wish to dismiss this action with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action are hereby **DISMISSED** with prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 30 day of October, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA